

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 28, 2015.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                                  CASE NO. 14-11616-HCM

WILLIAM D. SPRING
TRACY L. SPRING

### ORDER GRANTING TRUSTEE'S OBJECTION TO THE UNSECURED CLAIM OF ARMY & AIR FORCE EXCHANGE SERVICES (CLAIM NO. 10 PER PACER)

On this date came to be considered the *Trustee's Objection to the Unsecured Claim of ARMY & AIR FORCE EXCHANGE SERVICES (Claim no. 10 per PACER)*, and it appearing to the Court that said claim should be disposed of as follows, it is therefore

ORDERED that the Trustee's objection is hereby granted, and it is further

ORDERED that the unsecured claim of ARMY & AIR FORCE EXCHANGE SERVICES, filed on March 17, 2015, in the amount of $7,431.66 be disallowed as an unsecured claim against the estate in its entirety.

ORDERED that a copy of this order will be served by the clerk's office upon the claimant, ARMY & AIR FORCE EXCHANGE SERVICES, % BASS & ASSOCIATES PC, 3936 E FT LOWELL RD, STE 200, TUCSON, AZ 85712

### ###

ORDER PREPARED BY:

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX  78704-6640
(512) 912-0305